# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GMI GROUP, INC., | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | CASE NO. 19-52577-pmb |
| _____ | ) | |
| | ) | |
| GMI GROUP INC., | ) | |
| | ) | |
| Plaintiff, | ) | ADVERSARY PROCEEDING |
| v. | ) | NO. 19-05137-pmb |
| | ) | |
| RELIABLE FAST CASH, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW RELIABLE FAST CASH, LLC, Defendant in the above-styled adversary proceeding, and hereby moves the Court for summary judgment in its favor and against Plaintiff pursuant to Bankruptcy Rule of Procedure 7056.

Movant shows that it is entitled to a summary judgment on the grounds that there are no genuine issues of material fact in dispute in this proceeding and that Movant is entitled to a judgment as a matter of law.

This Motion is based upon the following:

(1)   all pleadings and discovery filed with the Court to date;

(2)   the Brief in Support of Defendant's Motion for Summary Judgment, attached hereto;

(3)   Defendant's Statement of Undisputed Facts, attached hereto.

(4)   The Affidavit of Jeffrey Zachter, attached hereto.

(5)     Proof of Claim filed in this case by Reliable Fast Cash, LLC.

The Motion at bar is a summary judgment motion, as opposed to a motion to dismiss under Bankruptcy Rule 7012.  Some creditors in a similar context, may have advanced dismissal motions, but it is in the better judgment of this Creditor/Movant that summary judgment is the proper avenue for disposition. Evidentiary matters may be interposed herein that are outside the pleadings and, therefore, would convert a motion to dismiss to a summary judgment motion.  See, generally, e.g. Gaddis vs. Chatsworth Healthcare Center, Inc., 282 Ga. App. 615 (2006).

WHEREFORE, Defendant prays that the Court grant summary judgment in its favor and against Plaintiff and grant such other relief as is just.

This 17th day of May, 2019.

/s/George M. Geeslin
George M. Geeslin
Georgia Bar Number: 288725

Two Midtown Plaza
Suite 1350
1349 West Peachtree Street
Atlanta, GA  30309
Office: 404-841-3464
george@gmgeeslinlaw.com